David M. KISSI, Plaintiff—Appellant,

v.

Paul CLEMENT, U.S. Solicitor General; U.S. Small Business Administration; Christy Barrera, U.S. Small Business Administration; Peter J. Messitte, Judge; Sandra Wilkerson, Assistant U.S. Attorney; Barbara Sale, Assistant U.S. Attorney; Jonathan Biron, Assistant U.S. Attorney; Thomas Simmons, FBI Agent; Ben Civeletti; Venable, Defendants—Appellees.

No. 08–8281.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 1, 2009.

David M. Kissi, Appellant Pro Se. Ariana Wright Arnold, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Kissi appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint because he failed to obtain pre-filing authorization. We have reviewed the record and find no reversible error. Accordingly, we deny Kissi's motion for appointment of counsel and affirm for the reasons stated by the district court. *Kissi v. Clement,* No. 8:08–cv–02178–RWT (D.Md. Sept. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*